UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: APPLICATION FOR | : | 3:19mj1396(DFM) |
| | : ss. Hartford, Connecticut | |
| SEARCH WARRANT | : | |

### AFFIDAVIT

I, KB Siegel, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a United States Postal Inspector assigned to the New Haven, Connecticut Domicile of the United States Postal Inspection Service. I have been so employed since January 2002. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in 21 U.S.C. §§ 841(a)(1), 844 and other federal offenses.

3. The information set forth in this affidavit is based on an investigation that I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail

almost exclusively, and furthermore often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. I also know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico. Moreover, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often remit payments for those narcotics through the mail. The remittance payments are routinely mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

## DESCRIPTION OF THE SUBJECT PARCEL

6. Based on the information contained in this affidavit, I respectfully submit that there is probable cause to believe, and I do believe, that Priority Mail Express Parcel displaying tracking number EE 412 986 391 US and handwritten Priority Mail Express address label, addressed to Fam. Ramos, 13 Summit St Apt. 3. Waterbury, CT 06708, and bearing a return address of Julio Cartagena Ramos, urb. El Conquistador, C34 calle 3, Trujillo Alto, PR 00976 (the "Subject Parcel"), contains controlled substances and/or the proceeds of trafficking in controlled substances. The Subject Parcel is currently in the custody of the United States Postal Inspection Service in Hartford, Connecticut.

## PROBABLE CAUSE

7. On September 17, 2019, U.S. Postal Inspectors identified the Subject Parcel as possibly containing a controlled substance and/or proceeds derived from trafficking in controlled substances. The Subject Parcel measures approximately 15" x 10.5" x 1½", weighs approximately 1 pound, 15.2 ounces, and bears $44.05 in U.S. postage.

8. A search of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the return address on the Subject

Parcel, C34 Calle 3, Tujillo Alto, PR 00976 is an actual Postal delivery address. The purported sender's name, Julio Cartagena Ramos, is not associated with that address. Traffickers of narcotics often use fictitious names on mailing labels to avoid detection.

9. A review of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the delivery address on the Subject Parcel, 13 Summit St, Apt. 3, Waterbury, CT 06708, is also an actual address in Waterbury, CT. U.S. Postal Service business records further demonstrate that there is no one with the last name of Ramos receiving U.S. Mail at that address.

10. On September 18, 2019, the Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four other similar sized parcels. Upon examination of the parcels, the canine alerted to the Subject Parcel. The parcels, including the Subject Parcel, were rearranged, two additional times, in different positions on the floor, and the handler and canine were called in again each time. The canine alerted to the Subject Parcel each additional time.

11. The canine is a three year-old male yellow Labrador retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in November of 2018. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

12. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel is evidence of a controlled substance or the proceeds of the unlawful distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and

844(a). The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, Connecticut.

<u>PHOTOGRAPH OF THE SUBJECT PARCEL</u>



4

## CONCLUSION

13. WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of a controlled substance or the proceeds of the unlawful distribution of controlled substances, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

_____
KB SIEGEL
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this ___ day of September 2019

/s/ DFM

_____
HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE